

FILED
2004 APR -7 P 2: 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONNA LIN,

    Plaintiff,

v.      :      CIVIL NO. 3:00cv2045(AHN)

OFFICER JAMES S. LOZINSKI,

    Defendant.      :      APRIL 5, 2004

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule of Civil Procedure, the undersigned defendant hereby moves this court for an enlargement of three (3) weeks up to and including April 23, 2004 in which to file a joint trial memorandum in this case. Counsel for the plaintiff, Attorney Norman Pattis has been contacted concerning this motion and has stated that he has no objection to the granting of this motion. This is the first such motion in this matter.

THE DEFENDANT:

By _____
Robert A. Rhodes of
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

**HALLORAN**
**& SAGE LLP**

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATION

This is to certify that on this 6th day of April, 2004, I hereby mailed a copy of the foregoing to:

Norm Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Robert A. Rhodes

315 Post Road West
Westport, CT 06880

2
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195