# United States District Court
## District of Connecticut

**FILED**
2004 APR -7 A 10: 49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Donna Lin,
*Plaintiff*
v.

James Lozinski,
*Defendant.*

Case No. 3:00cv2045(AHN)

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

[X] All purposes, including trial (orefcs.)

[ ] A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

[ ] A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

[ ] To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

[ ] A ruling on the following motions which are currently pending: (orefm.)

[X] A settlement conference (orefmisc./cnf.)

[ ] A conference to discuss the following: (orefmisc./cnf.)

[ ] Other: (orefmisc./misc)

SO ORDERED this __5th__ day of __April, 2004__ at Bridgeport, Connecticut.

Hon. Alan H. Nevas
UNITED STATES DISTRICT COURT JUDGE