UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Alan H. Nevas, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #3

March 31, 2004

11:30 a.m.

CASE NO. **3:00cv2045 (AHN)**   Doe v Lozinski

Stephen P. Fogerty
Halloran & Sage
315 Post Rd. West
Westport, CT 06880

Norman A. Pattis
Williams & Pattis
51 Elm St., Ste 409
New Haven, CT 06510

Robert Avery Rhodes
Halloran & Sage
315 Post Rd. West
Westport, CT 06880

Held: (1) Refer to HBF for final attempt at settlement.
(2) Parties consent to trial before HBF. A has signed consent, which will be forwarded to A for signature.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK