UNITED STATES DISTRICT COURT

**FILED**

DISTRICT OF CONNECTICUT

2004 APR 16  A 8: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Donna Lin                              :
                                       :
        v.                             :        Civ.No. 3:00cv2045AHN
                                       :
James Lozinski                         :

## ORDER

On April 7, 2004 the above captioned case was referred to this Magistrate Judge

for all proceedings, including trial. Counsel are directed to forward to chambers within 10

days copies of the Complaint(s), Answer(s) and any Pleadings not previously provided to

chambers in this case. Courtesy copies of all filings should be forwarded to her Chambers

at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

    Dated at Bridgeport, Connecticut this   /4   day of April 2004

                                    Holly B. Fitzsimmons
                                    U.S. Magistrate Judge