UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
April 15, 2004
Kevin F. Rowe, Clerk
By: /s/ Tasha Simpson
Deputy Clerk

Donna Lin                           :
                                    :
   v.                               :   Civ.No. 3:00CV2045(AHN)
                                    :
James Lozinski                      :

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

| Signature | Party Represented | Date |
|---|---|---|
| /s/ | James Lozinski | 3-31-04 |
| /s/ | Donna Lin | 4.09.04 |
| | | |
| Signature | Party Represented | Date |
| | | |
| Signature | Party Represented | Date |

SIGN THIS FORM AND FORWARD IT TO OTHER COUNSEL. WHEN ALL COUNSEL HAVE SIGNED THE FORM, RETURN IT TO THE CLERK OF THE COURT. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _Holly B Fitzsimmons_, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

_4/15/04_
Date

_____
United States District Judge