UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 APR 15 P 3: 34

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Donna Lin                        :
                                 :
         v.                      :       Civ.No.3:00CV2045(AHN)
                                 :
James Lozinski                   :

## NOTICE TO LITIGANTS

You are hereby notified that a United States Magistrate Judge of this District Court is now available to exercise jurisdiction and to conduct all proceedings in this case, including a jury or nonjury trial and the entry of a final judgment.

Exercise of this jurisdiction by a Magistrate Judge is, however, permitted only if <u>all</u> parties voluntarily consent. You may withhold your consent without any effect on the merits of your case, but this will limit action on dispositive motions and jury trials to the assigned U.S. District Judge. District Judges are required by law to give priority to criminal cases. Magistrate Judges conduct trials in civil cases only. If any party withholds consent, neither the Magistrate Judge nor the District Judge to whom this case is assigned will know which party consented and which did not.

Any appeal from a judgment entered by a Magistrate Judge may be taken directly to the United States Court of Appeals for the Second Circuit in the same manner as an appeal from any other judgment of a district court.

The consent form is enclosed. If you wish to consent, sign the form and forward it to other counsel. When all counsel have signed the form, it should be returned to the Clerk of the Court. The Court will then order the matter referred to a Magistrate Judge for all further proceedings.

                              Alan H. Nevas
                              United States District Judge