UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Donna Lin

V.                              Case Number:  3:00cv2045HBF

J.S. Lozinski

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>August 11, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on September 10, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, August 11, 2004.

KEVIN F. ROWE, CLERK

By: _/s/_____
    Diane Kolesnikoff
    Deputy Clerk