UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE,<br>　　Plaintiff | :<br>: 3: 00CV02045(HBF)<br>: |
| VS. | :<br>: |
| J.S. LOZINSKI,<br>　　Defendant | : SEPTEMBER 7, 2004<br>: |

**PLAINTIFF'S MOTION FOR RETURN OF BOND**

The plaintiff in the captioned matter respectfully requests this court return to her the bond posted as security of costs in the amount of $500.00. In support hereof, the undersigned represents as follows:

1. I represent Ms. Doe in the captioned matter.

2. The case has been settled and the defendant provided me with a release of all claims.

3. The settlement did not address this position of the bond and the plaintiff believes that she is entitled to it's return.

1

                        THE PLAINTIFF

BY      _____
         NORMAN A. PATTIS
         51 Elm Street, Suite 409
         New Haven, CT 06510
         Telephone: (203) 562-9931
         Juris No. 408681
         Her Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on , to the following parties and counsel of record:

Robert Rhodes, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
NORMAN A. PATTIS