UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Donna Lin | : | |
| | : | |
| v. | : | Civil No. 3:00cv2045   (HBF) |
| | : | |
| J.S. Lozinski | : | |

### J U D G M E N T

Notice having been sent to counsel of record on August 11, 2004, by order of the Court indicating that the above-entitled case would be dismissed unless counsel of record filed closing papers on or before September 10, 2004, and

No closing papers or further requests for action having been received within the time specified, therefore,

It is ORDERED that this action is dismissed, pursuant to Local Rule 41(b), formerly Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within thirty (30) days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this   13th  day of October 2004.

KEVIN F. ROWE, Clerk

By:_____/s/_____
          Deputy Clerk

Entered on Docket_____