```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

DONNA LIN                       :
                                :
                                :
v.                              :   CIV. NO. 3:00cv2045 (HBF)
                                :
                                :
JAMES LOZINSKI                  :
                                :
                                :
                                :

**ORDER**

Plaintiff's Motion for Return of Bond posted as security for costs [**doc # 54**] is **GRANTED**.

SO ORDERED at Bridgeport this 15th day of October 2004.

```
                                   ____/s/_____
                                   HOLLY B. FITZSIMMONS
                                   UNITED STATES MAGISTRATE JUDGE
```